**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 18-cv-02404-RM-KMT

CARLOS BRITO,

    Plaintiff,

v.

BROADMOOR HOTEL, INC., a Colorado Corporation,

    Defendant.

---

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

---

THIS MATTER having come before the Court upon the parties' Stipulated Motion for Dismissal with Prejudice (ECF No. 16), and the Court being fully advised in the premises, the Court hereby adopts the parties' Stipulation as an Order of the Court and dismisses the case with prejudice with each party to pay his/its own attorneys' fees and costs.

DATED this 5th day of November, 2018.

                        BY THE COURT:

                        _____
                        RAYMOND P. MOORE
                        United States District Judge